UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,              :<br>ex rel. RALPH BILLINGTON,              :<br>MICHAEL ACEVES, and SHARON DORMAN :<br>    Plaintiffs                                     :<br>v.                                                     :    No. 3:19cv1185(SALM)<br>                                                        :<br>HCL TECHNOLOGIES LTD. and        :<br>HCL AMERICA, INC.                        :<br>    Defendants                                  : | |

## JUDGMENT

    This matter came up for consideration on Defendants HCL America, Inc. and HCL Technologies Ltd.'s Motion to Dismiss the Plaintiffs-Relators Ralph Billington, Michael Aceves, and Sharon Dorman's Fourth Amended Complaint **[Doc. #52]**, before the Honorable Sarah A. L. Merriam, United States District Judge. On July 28, 2022, the Court, having considered the full record of the case, including the applicable principles of law, entered a Ruling GRANTING the Motion to Dismiss the Fourth Amended Complaint, with prejudice, and the Clerk of the Court was directed to close the case. It is hereby;

    ORDERED, ADJUDGED and DECREED that judgment shall enter dismissing this case, and this case shall be closed.

    Dated at Bridgeport, Connecticut, this 28th day of July, 2022.

                                                       DINAH MILTON KINNEY, Clerk

                                                       By: ____/s/_____
                                                           Andrew Caffrey
                                                          Deputy Clerk

EOD: 7/28/2022